**ANDERSON ALEXANDER, PLLC**
Austin W. Anderson (Admitted Pro Hac Vice)
Texas Bar No. 24045189
Clif Alexander (Admitted Pro Hac Vice)
Texas Bar No. 24064805
819 North Upper Broadway
Corpus Christi, Texas 78401
Telephone: (361) 452-1279
Fax: (361) 452-1284
Email: austin@a2xlaw.com
Email: clif@a2xlaw.com

**LUBIN & ENOCH, P.C.**
Nicholas J. Enoch
Arizona Bar No. 016473
Kaitlyn A. Redfield-Ortiz
Arizona Bar No. 030318
Clara S. Acosta
Arizona Bar No. 036044
349 North Fourth Avenue
Phoenix, Arizona 85003-1505
Telephone: (602) 234-0008
Facsimile: (602) 626-3586
Email: nick@lubinandenoch.com
*Attorneys for Plaintiff*
*And Putative Class Members*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| CHARLES RAPE, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SHRADER & MARTINEZ CONSTRUCTION USA, LLC, A Foreign Corporation,<br><br>Defendant. | No. 3:21-cv-08158<br><br><br><br>**NOTICE OF SETTLEMENT** |

Pursuant to Local Rule 40.2(d), the parties, by and through undersigned counsel, hereby give notice to the Court that the above-captioned lawsuit has been settled, subject to the parties' completion of a formal settlement agreement and court approval. The parties anticipate filing a Joint Motion for Approval of Settlement with the Court within thirty (30) days. The parties request the Court to stay all deadlines pending the parties Joint Motion for Approval of Settlement.

DATED this 4th day of January, 2022.

**ANDERSON ALEXANDER, PLLC**

*/s/ Clif Alexander*
Clif Alexander (Admitted Pro Hac Vice)
Texas Bar No. 24064805
clif@a2xlaw.com
Austin W. Anderson (Admitted Pro Hac Vice)
Texas Bar No. 24045189
austin@a2xlaw.com
819 N. Upper Broadway
Corpus Christi, Texas 78401
Telephone: (361) 452-1279
Facsimile: (361) 452-1284

**LUBIN & ENOCH, P.C.**
Nicholas J. Enoch
Arizona Bar No. 016473
Kaitlyn A. Redfield-Ortiz
Arizona Bar No. 030318
Clara S. Acosta
Arizona Bar No. 036044
349 North Fourth Avenue
Phoenix, Arizona 85003-1505
Telephone: (602) 234-0008
Facsimile: (602) 626-3586
Email: nick@lubinandenoch.com

**JACKSON LEWIS P.C.**

| | |
|---|---|
| 1 | */s/ Amy Gittler* |
| 2 | Amy Gittler |
| | Arizona Bar No. 004977 |
| 3 | 2111 E. Highland Avenue, Suite B-250 |
| | Phoenix, AZ 85016 |
| 4 | T: (602) 714-7057 |
| 5 | Amy.Gittler@jacksonlewis.com |

3

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2022, a true and correct copy of the foregoing has been electronically filed with the Electronic Case Filing System of the Court, and that an electronic copy will be sent to all registered to receive notice from the CM/ECF system.

*/s/ Frances Lopez*
Frances Lopez
